## Commonwealth *v.* Gant, Appellant.

708

Before SHIOMOS, J., without a jury.

Submitted June 9, 1975. *Michael A. Seidman,* for appellant; *Hugh J. Colihan, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.